RECEIVED
2011 MAY 16  P 1:30
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
ND OF CA-SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG TAI GROUP,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA TRANSFORMER, INC., and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO. CV11-02389 EJD<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Dean A. Dickie, whose business address and telephone number is Miller, Canfield, Paddock and Stone, P.L.C., 225 W Washington St, Ste 2600, Chicago, Illinois 60606, Telephone: 312.460.4200

and who is an active member in good standing of the bar of Illinois Supreme Court, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 8, 2011

_____
United States District Judge